UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS STAKER,<br><br>            Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC.; and MCKESSON CORPORATION,<br><br>            Defendants. | Case No.: 3:20-cv-01726-BEN-KSC<br><br>**ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE**<br><br>[ECF No. 44] |

This matter comes before the Court on the Parties' Joint Motion to Continue the Status Conference currently set for February 8, 2021. ECF No. 44. In support, the Parties state they have reached a settlement in principle and require an additional three months to finalize settlement documents. *Id.* at 2. Good cause appearing, the Motion is **GRANTED**. If a Joint Motion to Dismiss is not filed before May 3, 2021, the Court will hold an in-person status conference on May 5, 2021 at 10:30 AM. No further extensions of time shall be allowed.

**IT IS SO ORDERED.**

Date: February 2, 2021

HON. ROGER T. BENITEZ
United States District Judge

1

3:20-cv-01726-BEN-KSC